# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: MOSQUERA, DANIEL F | § | Case No. 11-03992-3F7 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2011.  The undersigned trustee was appointed on June 28, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           1,500.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,430.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/19/2012 and the deadline for filing governmental claims was 11/27/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $375.00, for a total compensation of $375.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $115.57, for total expenses of $115.57.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/20/2013            By: /s/GREGORY L. ATWATER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03992-3F7  
**Case Name:** MOSQUERA, DANIEL F

**Period Ending:** 03/20/13

**Trustee:** (290790)   GREGORY L. ATWATER, TRUSTEE  
**Filed (f) or Converted (c):** 06/28/12 (c)  
**§341(a) Meeting Date:** 08/02/12  
**Claims Bar Date:** 11/19/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | REAL ESTATE | 94,357.50 | 0.00 | | 0.00 | FA |
| 2 | TIMESHARE LOCATED @ WESTGATE, TO SURRENDER | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT LOCATED @ WACHOVIA, ACCOUNT # E | 165.00 | 0.00 | | 0.00 | FA |
| 5 | SAVINGS ACCOUNT LOCATED @ WACHOVIA, ACCOUNT # EN | 6.00 | 0.00 | | 0.00 | FA |
| 6 | SAVINGS ACCOUNT LOCATED @ VYSTAR, ACCOUNT # ENDI | 11.65 | 0.00 | | 0.00 | FA |
| 7 | CHECKING ACCOUNT LOCATED @ BANK OF AMERICA, ACCO | 50.42 | 0.00 | | 0.00 | FA |
| 8 | SAVINGS ACCOUNT LOCATED @ BANK OF AMERICA, ACCOU | 110.43 | 0.00 | | 0.00 | FA |
| 9 | STOVE, MICROWAVE, WASHER, DRYER, MICROWAVE, REFR | 1,529.85 | 0.00 | | 0.00 | FA |
| 10 | BOOKS, CD'S, GAMES, HOLIDAY ORNAMENTS, DVD'S | 65.00 | 0.00 | | 0.00 | FA |
| 11 | CLOTHING | 166.00 | 0.00 | | 0.00 | FA |
| 12 | WEDDING BANDS, WATCH | 33.00 | 0.00 | | 0.00 | FA |
| 13 | BICYCLE, EXERCISE EQUIPMENT, DIGITAL CAMERAS, TO | 75.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 CHEVROLET TRAILBLAZER LS WITH 124,000 MILES | 5,575.00 | 1,500.00 | | 1,500.00 | FA |
| 15 | HAND TOOLS, GARDEN HOSE, PUSH LAWN MOWER, POWER | 150.00 | 0.00 | | 0.00 | FA |
| 16 | INTEREST (u) | Unknown | N/A | | 0.00 | FA |
| **16** | **Assets    Totals** (Excluding unknown values) | **$103,294.85** | **$1,500.00** | | **$1,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING A 2003 CHEVROLET TRAILBLAZER.

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03992-3F7  
**Case Name:** MOSQUERA, DANIEL F  

**Period Ending:** 03/20/13

**Trustee:** (290790) GREGORY L. ATWATER, TRUSTEE  
**Filed (f) or Converted (c):** 06/28/12 (c)  
**§341(a) Meeting Date:** 08/02/12  
**Claims Bar Date:** 11/19/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8-2-2013  ASSET NOTICE FILED.

8-2-2012  NOTICE OF ABANDONMENT FILED.

8-2-2012  MOTION FOR TURNOVER OF PROPERTY FILED.

8-10-2012  ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER ENTERED.  IN LIEU OF TURNOVER OF THE 2003 CHEVROLET TRAILBLAZER LS, THE DEBTOR SHALL PAY TO THE ESTATE $1,500.00, PAYABLE IN ONE LUMP SUM WITHIN 90 DAYS OF ENTRY OF THE ORDER.

8-10-2012  REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE FILED.

1-13-2013  OBJECTION TO CLAIMS 2, 5 AND 12 FILED.

**Initial Projected Date Of Final Report (TFR):**  October 30, 2013       **Current Projected Date Of Final Report (TFR):**  March 19, 2013  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-03992-3F7
**Case Name:** MOSQUERA, DANIEL F

**Taxpayer ID #:** **-***1088
**Period Ending:** 03/20/13

**Trustee:** GREGORY L. ATWATER, TRUSTEE (290790)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******33-66 - Checking Account
**Blanket Bond:** $1,550,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/12 | {14} | DANIE F. MOSQUERA | Acct #101; Payment #1; BUY | 1129-000 | 1,500.00 | | 1,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,450.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029079088 20130110 | 9999-000 | | 1,450.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.00 | 1,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,450.00 | |
| | | | **Subtotal** | | 1,500.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$50.00** | |

{} Asset reference(s)

Printed: 03/20/2013 11:56 AM V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-03992-3F7  
**Case Name:** MOSQUERA, DANIEL F  

**Taxpayer ID #:** **-***1088  
**Period Ending:** 03/20/13  

**Trustee:** GREGORY L. ATWATER, TRUSTEE (290790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****294366 - Checking Account  
**Blanket Bond:** $1,550,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,450.00 | | 1,450.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 1,440.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 1,430.00 |
| | | | **ACCOUNT TOTALS** | | 1,450.00 | 20.00 | $1,430.00 |
| | | | Less: Bank Transfers | | 1,450.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $20.00 | |

Net Receipts :      1,500.00  
Net Estate :      $1,500.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******33-66** | 1,500.00 | 50.00 | 0.00 |
| **Checking # ****294366** | 0.00 | 20.00 | 1,430.00 |
| | $1,500.00 | $70.00 | $1,430.00 |

{} Asset reference(s)

# Court Claims Register

**Case: 11-03992-3F7     MOSQUERA, DANIEL F**

Claims Bar Date: 11/19/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | BAC HOME LOANS SERVICING, LP, ET. AL.<br>ROY. A. DIAZ<br>P.O. BOX 11438<br>FT. LAUDERDALE, FL 33339-1438 | Secured<br>06/14/11 | Roy. A. Diaz<br>P.O. Box 11438<br>Ft. Lauderdale, FL 333391438 | $159,381.45<br>$0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | | | | | |
| 5S | UNITED CONSUMER FINANCIAL SERVICES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | Secured<br>07/05/11 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | $213.60<br>$0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | | | | | |
| 12 | CITIMORTGAGE, INC.<br>P.O. BOX 688971<br>DES MOINES, IA 50368-8971 | Secured<br>09/24/12 | P.O. Box 688971<br>Des Moines, IA 503688971 | $29,353.31<br>$0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | | | | | |
| | GREGORY L. ATWATER, TRUSTEE<br>P O BOX 1865<br>ORANGE PARK, FL 32067<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>06/28/12 | | $375.00<br>$375.00 | $0.00 | $375.00 |
| | GREGORY L. ATWATER, TRUSTEE<br>P O BOX 1865<br>ORANGE PARK, FL 32067<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>06/28/12 | | $115.57<br>$115.57 | $0.00 | $115.57 |
| 1 | DELL FINANCIAL SERVICES L.L.C.<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | Unsecured<br>06/07/11 | c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 296030390 | $3,682.76<br>$3,682.76 | $0.00 | $3,682.76 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |

# Court Claims Register

**Case: 11-03992-3F7        MOSQUERA, DANIEL F**

Claims Bar Date:  11/19/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE,N.A<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS, TX 75374<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/22/11 | c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $327.00<br>$327.00 | $0.00 | $327.00 |
| 4 | BACK BOWL I LLC, SERIES B<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/11 | c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | $1,620.89<br>$1,620.89 | $0.00 | $1,620.89 |
| 5U | UNITED CONSUMER FINANCIAL SERVICES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/05/11 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | $547.37<br>$547.37 | $0.00 | $547.37 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067,NORFOLK VA 23541<br>CLAIMANT HISTORY<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/13/11 | PO Box 41067<br>Norfolk VA 23541    Claimant History<br>, | $1,444.69<br>$1,444.69 | $0.00 | $1,444.69 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067,NORFOLK VA 23541<br>CLAIMANT HISTORY<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/13/11 | PO Box 41067<br>Norfolk VA 23541    Claimant History<br>, | $1,890.31<br>$1,890.31 | $0.00 | $1,890.31 |
| 8 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>07/28/11 | C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 | $1,751.80<br>$1,751.80 | $0.00 | $1,751.80 |

# Court Claims Register

**Case:** 11-03992-3F7    **MOSQUERA, DANIEL F**

Claims Bar Date: 11/19/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br><br>NORFOLK, VA 23541 | Unsecured<br>08/03/11 | PO Box 41067<br>Norfolk, VA 23541 | $924.85<br>$924.85 | $0.00 | $924.85 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT RECOSER, LLC<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131 | Unsecured<br>09/05/11 | By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | $510.19<br>$510.19 | $0.00 | $510.19 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | SANTANDER CONSUMER USA<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Unsecured<br>09/26/11 | Po Box 560284<br>Dallas, TX 75356 | $11,185.00<br>$11,185.00 | $0.00 | $11,185.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>10/12/12 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $327.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$24,375.43** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-03992-3F7
Case Name: MOSQUERA, DANIEL F
Trustee Name: GREGORY L. ATWATER, TRUSTEE

**Balance on hand:** $ 1,430.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,430.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GREGORY L. ATWATER, TRUSTEE | 375.00 | 0.00 | 375.00 |
| Trustee, Expenses - GREGORY L. ATWATER, TRUSTEE | 115.57 | 0.00 | 115.57 |

Total to be paid for chapter 7 administration expenses: $ 490.57
Remaining balance: $ 939.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 939.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 939.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,884.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DELL FINANCIAL SERVICES L.L.C. | 3,682.76 | 0.00 | 144.85 |
| 3 | CAPITAL ONE,N.A | 327.00 | 0.00 | 12.86 |
| 4 | BACK BOWL I LLC, SERIES B | 1,620.89 | 0.00 | 63.75 |
| 5U | UNITED CONSUMER FINANCIAL SERVICES | 547.37 | 0.00 | 21.53 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,444.69 | 0.00 | 56.82 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,890.31 | 0.00 | 74.35 |
| 8 | CANDICA L.L.C. | 1,751.80 | 0.00 | 68.90 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 924.85 | 0.00 | 36.38 |
| 10 | MIDLAND FUNDING LLC | 510.19 | 0.00 | 20.07 |
| 11 | SANTANDER CONSUMER USA | 11,185.00 | 0.00 | 439.92 |

| | Total to be paid for timely general unsecured claims: | $ | 939.43 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**